FILED
CLERK, U.S. DISTRICT COURT

APR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CHARLES BRIMMER, | ) | Case No. EDCV 07-1227-SJO(AJW) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAY WALKER (WARDEN), | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: 4/15/00

_____
S. James Otero
United States District Judge